No. 98–8806.  CUMMINGS v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 98–8810.  O'NEILL v. MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 98–8812.  SMITH v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 98–8817.  RICHARDSON v. MARYLAND STATE'S ATTORNEYS OFFICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 98–8823.  COLEMAN v. SMILEY, SUPERINTENDENT, WARREN CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 98–8827.  DAY, AKA ALFORD v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 98–8830.  WASHINGTON v. WILLIAMS, MAYOR OF DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 98–8831.  THOMAS v. MISSISSIPPI.  Ct. App. Miss.  Certiorari denied.

No. 98–8833.  ZICHKO v. CLEGG, SHERIFF, KOOTENAI COUNTY, IDAHO, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–8836.  HAZLEY v. CITY OF AKRON ET AL.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 98–8843.  PEARSON v. CATOE.  C. A. 5th Cir.  Certiorari denied.

No. 98–8846.  KENT v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 98–8847.  LOTTER v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 98–8861.  TAYLOR v. CITY OF ROCKFORD, ILLINOIS.  C. A. 7th Cir.  Certiorari denied.